# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Beechcraft Defense Company | ) ASBCA No. 59173 |
| | ) |
| Under Contract No. FA8617-07-D-6151 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:

Jerald S. Howe, Jr., Esq.
James J. McCullough, Esq.
Samuel W. Jack, Esq.
  Fried, Frank, Harris, Shriver &
   Jacobson LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Robert L. Duecaster, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59173, Appeal of Beechcraft Defense Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals